IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR-09-289-F |
| ARTHUR MORRIS MANNIE, JR., | ) |
| Defendant. | ) |

## ORDER

On June 20, 2019, the court entered an order denying defendant Arthur M. Mannie's Motion to Modify/Reduce Sentence Under Sentencing Reform Act of December 2018. *See*, doc. no. 121. While the court found defendant was eligible for a reduction of his sentence under section 404(b) of the First Step Act of 2018, the court, after taking into account all relevant 18 U.S.C. § 3553(a) sentencing factors, declined to exercise its discretion to reduce defendant's sentence. On August 18, 2020, the United States Court of Appeals for the Tenth Circuit affirmed the court's order denying relief to defendant. *See*, doc. nos. 130 and 131.

Presently, the court is in receipt of a letter from defendant requesting the court to revisit his motion based upon the United States Supreme Court's recent decision in Concepcion v. United States, 142 S.Ct. 2389 (2022). *See*, doc. no. 133.

The court declines to act substantively on defendant's request. Absent good reason (not present here), the court acts only on the basis of motions properly filed with the court. *See*, Rule 47, Fed. R. Crim. P. ("A party applying to the court for an order must do so by motion."). Defendant's *pro se* status does not exempt him from complying with the Federal Rules of Criminal Procedure. *See*, Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992).

DATED this 8th day of August, 2022.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0289p027.docx